**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LOUIS A. MANDARINI, III, as he is EXECUTIVE )
DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT )
FUNDS, )
                Plaintiff, )    C.A. No. 21-cv-11351-PBS
                   )
              v. )
                   )
THE NUNES COMPANIES, INC., )
                Defendant. )

## DEFAULT JUDGMENT

Defendant The Nunes Companies, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and declarations demonstrating that Defendant The Nunes Companies, Inc. owes Plaintiff the sum of $40,141.76, that the Defendant is not an infant or an incompetent person or in the military service of the United States,

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant The Nunes Companies, Inc. the total benefit contributions owed in the amount of $9,063.06, underpayments on previous contributions in the amount of $916.35, interest on the delinquent contributions at rate of 10 percent per annum in the amount of $138.80, interest on previously late-paid contributions in the amount of $2,042.13, liquidated damages of $22,213.71, attorneys' fees of $5,285.00 and costs of $482.71, for a total judgment of $40,141.76 with interest as provided by law.

/s/Clarilde Karasek
_____
Deputy Clerk

Dated:  _____3/1/2022_____

Note:  The post judgment interest rate effective this date is __0.08__ %.