UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS A. MANDARINI, III, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS,<br>            Plaintiff,<br><br>v.<br><br>THE NUNES COMPANIES, INC.,<br>            Defendant. | C.A. No. 21-cv-11351-PBS |

## SATISFACTION OF JUDGMENT

Now comes the Plaintiff to notify this Court that the Judgment in this matter has been satisfied.

Respectfully submitted,

LOUIS A. MANDARINI, III, as he is
EXECUTIVE DIRECTOR, MASSACHUSETTS
LABORERS' BENEFIT FUNDS,

By his Attorneys,

/s/ Sophie C. Esquier
Sasha N. Gillin, BBO No. 690769
Sophie C. Esquier, BBO No. 698875
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 742-0208, Ext. 223
sgillin@segalroitman.com
sesquier@segalroitman.com

Dated: June 23, 2022

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Satisfaction of Judgment has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, The Nunes Companies, Inc. at 658 Center Street, Ludlow, MA 01056 on this 23rd day of June, 2022.

/s/ Sophie C. Esquier
Sophie C. Esquier, Esquire

SCE/sce&ts
6306-21192/satisfaction-judgment.doc